UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
PATRICK CAPITAL MARKETS, LLC,

             Plaintiff(s)

             -v-

ASCEND REAL ESTATE PARTNERS, L.P., ET AL.,

             Defendant(s).
------------------------------------------------------------- x

**SCHEDULING ORDER**

21 Civ. 6004 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The status conference which was scheduled to be held on October 29, 2021 is adjourned to November 5, 2021 at 10:00 a.m., and will be held via the following call-in number:

       **Call-in number: 888-363-4749**

       **Access code: 7518680**

       To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

       Finally, no later than November 3, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

       SO ORDERED.

Dated:   October 19, 2021                     _____//S//_____
           New York, New York               ALVIN K. HELLERSTEIN
                                                            United States District Judge