

William R. Fried
**Partner**
Phone: 212.592.1684
Fax: 212.545.3469
wfried@herrick.com

November 2, 2021

**Via ECF and Facsimile**

Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312
Courtroom: 14D
Chambers: 1050
Fax: (212) 805-7942

The request is granted. The conference scheduled for November 5, 2021 is adjourned with a date to be set upon resolution of the pending motion to dismiss.

SO ORDERED.

/s/ Alvin K. Hellerstein
November 3, 2021

Re: **Request for Adjournment**
Patrick Capital Markets, LLC v. Ascend Real Estate Partners, L.P. et al.
Civil Action No. 1:21-cv-06004 (AKH)

Dear Judge Hellerstein,

The undersigned firm represents defendants Ascend Real Estate Partners, L.P., Rabina Properties, LLC, Maidad ("Mickey") Rabina, Joshua Rabina, and Jardan 520 LLC (collectively, "Defendants") in the above matter. We write to request an adjournment of the initial case management conference currently scheduled for **November 5, 2021** at 10am due to a family conflict of counsel.

The initial case management conference in this matter was scheduled for **September 10, 2021**. At the request of counsel, it was adjourned to **October 29, 2021** (Dkt. No. 20). The Court thereafter entered a second adjournment to **November 5, 2021** (Dkt. No. 26).

Counsel for Plaintiff does not object to this request for an adjournment. Moreover, counsel have conferred and are generally available during the month of November for a rescheduled conference with the exception of the following dates: November 8-9, November 16-17, and November 24-29.

Moreover, the requested adjournment would not unreasonably delay proceedings. An amended complaint was just recently filed on October 15, 2021. The parties are in the process of briefing a pending motion to dismiss. No other dates are currently scheduling in this litigation.

Respectfully submitted,

 /s/ William R. Fried_____

William R. Fried

cc: Counsel of record (via ECF)

HF 14092722v.1