UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
                                                                     :

PATRICK CAPITAL MARKETS, LLC,        :

                                                                     :    **ORDER**

                                              Plaintiff,  :

           -against-                             :    21 Civ. 6004 (AKH)

                                                                       :

ASCEND REAL ESTATE PARTNERS, L.P.,  :
RABINA PROPERTIES, LLC, MAIDAD
(MICKEY) RABINA, JOSHUA RABINA, and  :
JARDAN 520, LLC,
                                                                       :

                                           Defendants.  :
                                                                       :
---------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On February 1, 2022, I issued an order in the above-captioned matter dismissing the complaint and instructing the Clerk of Court to terminate ECF No. 28. (ECF No. 38.) I neglected to request that the Clerk of Court also terminate ECF No. 21. The Clerk of Court is thus requested to terminate this remaining open motion (ECF No. 21).

        SO ORDERED.

Dated:     August 29, 2022              /s/ Alvin K. Hellerstein
            New York, New York         ALVIN K. HELLERSTEIN
                                              United States District Judge