**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
PATRICK CAPITAL MARKETS, LLC,

                Plaintiff,

      -against-                                  21 **CIVIL** 6004 (AKH)

                                              **JUDGMENT**

ASCEND REAL ESTATE PARTNERS, L.P.,
RABINA PROPERTIES, LLC, MAIDAD
(MICKEY) RABINA, JOSHUA RABINA,
and JARDAN 520, LLC,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated February 1, 2022, the complaint is dismissed for

lack of jurisdiction.

**Dated:**  New York, New York

         November 17, 2022

                                          **RUBY J. KRAJICK**

                                 _____
                                          **Clerk of Court**

              **BY:**             *K. mango*

                                          _____
                                          **Deputy Clerk**